1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ALONZO RAYSHAWN PERKINS,                    No.  2:21-cv-01451-TLN-KJN

12                 Plaintiff,

13          v.                                    **ORDER**

14    DANIEL E. CUEVA,

15                 Defendants.

16

17          Plaintiff, a state prisoner proceeding *pro se*, filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On September 24, 2021, the magistrate judge filed findings and recommendations herein

21    which were served on Plaintiff and which contained notice to Plaintiff that any objections to the

22    findings and recommendations were to be filed within fourteen days.  (ECF No. 4.)  Plaintiff did

23    not file objections to the findings and recommendations.

24          The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

25    F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.

26    *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed

27    the file, the Court finds the findings and recommendations to be supported by the record and by

28    the magistrate judge's analysis.

                                                   1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed September 24, 2021, (ECF No. 4), are adopted in full; and

2.  This action is dismissed without prejudice.

**DATED:  November 12, 2021**

Troy L. Nunley
United States District Judge

2